UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST LA

2009 FEB -5  A 10: 18

BY DEPUTY CLERK

BRITTANY HILL and KAYLON
JACKSON INDIVIDUALLY and on
behalf of their minor child, JAYLON
HILL/JACKSON

VERSUS

WINN-DIXIE MONTGOMERY, INC.,
ET AL

CIVIL ACTION

NUMBER 08-570-FJP-DLD

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that plaintiffs' motion for leave to file amended complaint shall be GRANTED.[1]

IT IS FURTHER RECOMMENDED that this matter shall be REMANDED to the Eighteenth Judicial District Court, Parish of Pointe Coupee, for lack of subject matter jurisdiction.

Baton Rouge, Louisiana, February 4, 2009.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 4.

Doc#45806